United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

BRENDAN FERRAIOLI, Individually and on behalf of all others similarly situated,

Plaintiff,

- v. -

DNOW INC., DAVID A. CHERECHINSKY, MARK B. JOHNSON, RICHARD J. ALARIO, TERRY BONNO, GALEN COBB, PAUL COPPINGER, KAREN DAVID-GREEN, RODNEY EADS, and SONYA READ,

Defendants.

Case No. 4:26-cv-06261

# ORDER

Upon consideration of the Parties' Joint Stipulation, Dkt. No. 10, and for good cause shown, it is ORDERED that the Joint Stipulation is GRANTED.

Counsel for Defendants has accepted service of the case initiating documents in the Action on behalf of Defendants without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

Within fourteen (14) days of appointment of a lead plaintiff and approval of lead counsel pursuant to 15 U.S.C. § 78u-4, lead counsel and counsel for Defendants shall meet and confer regarding scheduling and shall jointly submit a stipulation for the Court's approval with a proposed schedule for the filing or designation of an operative complaint, and for the time for Defendants to move to dismiss or otherwise respond to that complaint. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise

responding to, any complaints filed in the Action (including any future-filed related actions consolidated therewith) until the date ordered by the Court after it receives the proposed schedule.

SO ORDERED.

Signed on September 4, 2026, at Houston, Texas.

The Honorable Charles Eskridge
U.S. District Court Judge