United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-06261 |
|---|---|---|---|
| BRENDAN FERRAIOLI, Individually and on behalf of all others similarly situated, | | | |
| *versus* | | | |
| DNOW INC., et al. | | | |

| | |
|---|---|
| Lawyer's Name | Joshua E. Baker |
| Firm | The Rosen Law Firm, P.A. |
| Street | 101 Greenwood Avenue, Suite 520 |
| City & Zip Code | Jenkintown, PA 19046 |
| Telephone & Email | 215-600-2817/ jbaker@rosenlegal.com |
| Licensed: State & Number | New York/ 5265699 |
| Federal Bar & Number | SDNY |

| | |
|---|---|
| Name of party applicant seeks to appear for: | PAUL S. ALDERMAN |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 10/07/2026 | Signed: /s/ Joshua E. Baker |

The state bar reports that the applicant's status is: Active

| | |
|---|---|
| Dated: 10/21/26 | Clerk's signature Disa McKinnie-Richardson |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: October 28, 2026

[signature]
United States District Judge